

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      In re Rover Pipeline LLC, Relator

Appellate case number:    01-18-00117-CV

Trial court case number:   2017-56739

Trial court:               189th District Court of Harris County

On February 15, 2018, relator, Rover Pipeline LLC, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's December 18, 2017 "Order on Defendant's Motion to Dismiss" and the February 2, 2018 "Order Denying Motion to Reconsider," and to compel respondent to sign an order denying real party in interest Chapman Corporation's motion to dismiss. Relator has included an appendix and two volumes of records with its petition. *See* TEX. R. APP. P. 52.3(k), 52.7(a).

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Laura V. Higley
                         ☑ Acting individually    ☐ Acting for the Court
Date: February 22, 2018